**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JANET M. COOK, individually and as the representative of the estate of ROBERT BRUCE COOK, deceased,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 02-0808-CG-L** |
| **ATWOOD OCEANICS, INC., and ATLANTIC MARINE, INC.,** | ) | |
| **Defendant.** | ) | |

**<u>SPECIAL INTERROGATORIES TO THE JURY</u>**

**1.** **(A)** Do you find from a preponderance of the evidence that Atwood Oceanics was negligent in the manner claimed by the Plaintiff ?

ANSWER: ~~YES or~~ NO

**(B)** If your answer is no, proceed to question 2 (A).
If your answer is yes, then do you find from a preponderance of the evidence that such negligence was a legal cause of damage to the Plaintiff?

ANSWER: YES or NO

**2.** **(A)** Do you find from a preponderance of the evidence that the vessel was unseaworthy in the manner claimed by the Plaintiff?

ANSWER: ~~YES~~ or NO

**(B)** If your answer is no, proceed to question 3 (A).
If your answer is yes, then do you find by a preponderance of the evidence that such unseaworthiness was a legal cause of damage to the Plaintiff?

ANSWER: YES or NO

**3.** **(A)** Do you find from a preponderance of the evidence that Atlantic Marine was negligent in the manner claimed by the Plaintiff?

ANSWER: YES or NO

**(B)** If your answer is yes, then do you find by a preponderance of the evidence that such negligence was a legal cause of damage to the Plaintiff?

ANSWER: ~~YES~~ or (NO)

Louis D. Goldman
FOREPERSON

FILED IN OPEN COURT THIS 17th DAY

OF June, 2005.

CHARLES R. DIARD, JR. CLERK

By [signature]
DEPUTY CLERK