IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JANET M. COOK, individually and as the representative of the estate of ROBERT BRUCE COOK, deceased,** | )<br>)<br>)<br>) |
| vs. | ) Civil Action No. 02-0808-CG-L |
| | ) |
| **ATWOOD OCEANICS, INC., and ATLANTIC MARINE, INC.,** | )<br>)<br>) |
| **Defendants.** | ) |

## FINAL JUDGMENT

In accordance with the verdict of the jury entered on June 17, 2005, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the defendants, Atwood Oceanics, Inc. and Atlantic Marine, Inc., against the plaintiff, Janet M. Cook, individually and as the representative of the estate of Robert Bruce Cook, deceased. Therefore, the plaintiff's claims against the defendants are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this the 21st day of June, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE